UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTONIO SHEPHERD,<br><br>    Plaintiff,<br><br>    v.<br><br>C. BUTLER, et al.,<br><br>    Defendants. | Case No. 22-cv-00839-JD<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought pro se by a former state prisoner. Plaintiff presents allegations regarding an incident that occurred at California State Prison, Los Angeles County. This prison is located within the venue of the United States District Court for the Central District of California. Because defendants reside in the Central District and the incident occurred in the Central District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: February 15, 2022

_____
JAMES DONATO
United States District Judge