UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:22-cv-01080-JWH (MAA)** | Date: **May 20, 2022** |
| Title | **Michael Antonio Shepherd v. C. Butler et al.** | |

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| Narissa Estrada | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Re: Failure to Serve Complaint

Federal Rule of Civil Procedure 4(m) requires that service of the summons and Complaint must be made within ninety days of filing the complaint. Fed. R. Civ. P. 4(m). The Court warned Plaintiff of this deadline in its Initial Case Management Order. (ECF No. 5, at § II.)

Here, this action was filed over ninety days ago. The docket in this case lacks filings showing that it is being timely prosecuted. Specifically, Plaintiff has not filed any proofs of service of the summons and Complaint.

Plaintiff is ordered to show cause, in writing, no later than **June 20, 2022**, why the Court should not recommend that this action be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). In lieu of a written response, Plaintiff may discharge this Order to Show Cause by filing documents showing that the matter is being prosecuted diligently—for example, proofs of service of the summons and Complaint.

**Plaintiff is cautioned that failure to respond to this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** *See* C.D. Cal. L.R. 41-1.

It is so ordered.