1
2
3                                                                          **JS-6**
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   MICHAEL ANTONIO SHEPHERD,          Case No. 2:22-cv-01080-JWH (MAA)

             Plaintiff,                **JUDGMENT**
12        v.
13   C. BUTLER et al.,
14                  Defendants.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Order of Dismissal filed herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned case is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED:  October 24, 2022

JUDGE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2